**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1537

FIRAS ABDUL RAZZAQ AL-QAISI,

        Plaintiff - Appellant,

    v.

THE AMERICAN MILITARY FORCES IN IRAQ,

        Defendant - Appellee.



Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   James C. Cacheris, Senior
District Judge.  (1:09-cv-01192-JCC-JFA)

Submitted:  July 27, 2010        Decided:  August 5, 2010

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Firas Abdul Razzaq Al-Qaisi, Appellant Pro Se.   Dennis Carl
Barghaan, Jr., Catherine DeRoever Wood, Assistant United States
Attorneys, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Firas Abdul Razzaq Al-Qaisi appeals the district court's order dismissing his civil complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Al-Qaisi v. Am. Military Forces</u>, No. 1:09-cv-01192-JCC-JFA (E.D. Va. Apr. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>